| Official Use Only | | |
|---|---|---|
| Case Number | Judge | Magistrate Judge |
| | | |

Case: 5:25-cv-11574
Assigned To : Levy, Judith E.
Referral Judge: Altman, Kimberly G.
Assign. Date : 5/29/2025
Description: PRIS KEYON JAMAR EVANS v KAREN MCDONALD ET AL
(LLH)

# PRISONER CIVIL RIGHTS COMPLAINT

This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

## Plaintiff's Information

| Name | KEYON JAMAR EVANS | Prisoner No. | 0361023 |
|---|---|---|---|

Place of Confinement: OAKLAND COUNTY SHERIFFS OFFICE / JAIL DETENTION CENTER

| Street | City | State | Zip Code |
|---|---|---|---|
| 1201 N TELEGRAPH ROAD | PONTIAC | MI | 48341 |

Are there additional plaintiffs?  ☐ Yes  ☑ No

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide names, prisoner numbers and addresses for all plaintiffs.

## Defendant's Information

Name: AFFILIATES  25 2001 FY
      OF CASE NUMBERS 25 001084 FY

Position: CLERK COURTHOUSE/STAFF JUDGES/MAGISTRATE PROSECUTING Attorney

| Street/P.O. Box | City | State | Zip Code |
|---|---|---|---|
| 1200 N Telegraph rd WEST WING-Building 14 E | PONTIAC | MI | 48341 |

Are you suing this defendant in his/her:  ☐ Personal Capacity  ☐ Official Capacity  ☑ Both Capacities

Are you suing more than one defendant?  ☑ Yes  ☐ No

If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes   ☑ No  *NO*

If "Yes," complete the following section. If "No," proceed to Part II.

*N/A*

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| Docket or Case Number: | *NO*   *N/A* |
|---|---|
| Name of Court: | |
| Parties (Caption or Name of Case): | |
| Disposition: | |

| Docket or Case Number: | *NO*   *N/A* |
|---|---|
| Name of Court: | |
| Parties (Caption or Name of Case): | |
| Disposition: | |

| Docket or Case Number: | *NO*   *N/A* |
|---|---|
| Name of Court: | |
| Parties (Caption or Name of Case): | |
| Disposition: | |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

THE FACTS OF MY CASE IS I'm A DISABLED UNITED STATES CITIZEN WHO SUFFER FROM A PERMANENT MENTAL DISABILITY. FACTS ARE IM BEING DISCRIMINATED & DEPRIVED OF MY RIGHTS UNDER (ADA) AMERICANS WITH DISABILITY (ACT) & BEING DEPRIVED OF MY RIGHTS OF THE UNITED STATES CONSTITUTION AS AN "ACCUSED" DEFENDANT. IM HELD IN CUSTODY AT OAKLAND COUNTY SHERIFF'S OFFICE/JAIL AS A "PRETRIAL DETAINEE" ON A "EXCESSIVE BAIL" FOR A INDIGENT ACCUSED DEFENDENT. I HAVE 2 CASH BONDS ONE FOR $20,000 CASH AND ANOTHER FOR $25,000 MY ONLY SOURCE FOR INCOME IS SSD STATE BENEFITS. I HAVE A COURT APPOINTED ATTORNEY WHO REFUSES TO WITHDRAW FROM MY TWO PENDING CASES.

## III. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. Set forth each claim in a separate paragraph. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

8TH AMENDMENT VIOLATION "EXCESSIVE BAIL" AND "CRUEL AND UNUSUAL PUNISHMENT" COERCIVE POWER OF THE STATE HAS BEEN EMPLOYED IN A MANNER THAT SHOCKS THE COMMUNITY'S CONSCIENCE AND UNDERMINES THE INTEGRITY OF OUR CRIMINAL JUSTICE SYSTEM. BY DENYING MY RIGHTS TO DUE PROCESS OF LAW, WHICH ALSO IS A VIOLATION OF MY 14TH AMENDMENT. IM BEING DEPRIVED OF LIFE, LIBERTY AND JUSTICE BY BEING HELD IN CUSTODY OVER A "48 HOUR" PERIOD OF A WARRANTLESS ARREST WITHOUT A "PROBABLE CAUSE" HEARING, IN FRONT OF A MAGISTRATE WITHIN THE "JURISDICTION OF THE "ALLEGED OFFENSE". NO ARREST WARRANT/WARRANT HAS BEEN SWORN UNDER OATH/AFFIRMATION MY 4TH AMENDENT RIGHTS HAS ALSO BEEN VIOLATED. THE RIGHT OF THE PEOPLE TO BE SECURE IN THEIR PERSONS, HOUSES PAPERS, AND EFFECTS, AGAINST UNREASONABLE SEARCHES AND SEIZURES SHALL NOT BE VIOLATED, AND NO WARRANTS SHALL ISSUE,

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

I WOULD LIKE TO BE AWARDED COMPENSATORY DAMAGES BASED ON MENTAL AND EMOTIONAL DISTRESS, IMPAIRMENT OF REPUTATION, AND PERSONAL HUMILIATION. I WOULD ALSO LIKE A PERSONAL PROTECTION ORDER AGAINST (PPO) ON ALL DEFENDENTS AND I WOULD LIKE TO BE RELEASED FROM CUSTODY/CONFINEMENT

BUT UPON PROBABLE CAUSE SUPPORTED BY OATH OR AFFIRMATION, AND PARTICULARLY DESCRIBING THE PLACE TO BE SEARCHED, AND THE PERSONS OR THINGS TO BE SEIZED." DUE PROCESS CLAUSE" NO AGENT OF THE GOVERNMENT MAY SUBJECT ANY PERSON TO THE LOSS OF LIFE, LIBERTY, OR PROPERTY WITHOUT DUE PROCESS OF LAW. THE 5TH AMENDMENT PROVIDES: "NO PERSON SHALL BE DEPRIVED OF LIFE, LIBERTY, or PROPERTY, WITHOUT DUE PROCESS OF LAW. MY 5TH AMENDMENT RIGHTS ARE ALSO VIOLATED." EQUAL PROTECTION CLAUSE" OF THE FOURTEENTH AMENDMENT READS, NO STATE SHALL DENY TO ANY PERSON WITHIN ITS JURISDICTION THE EQUAL PROTECTION OF THE LAWS. ACCORDING TO OAKLAND COUNTY SHERIFF'S OFFICE LAW LIBRARY STAFF AND THEIR RESOURCES AT https://micourt.courts.michigan.gov I HAVE NO ACTIVE or PENDING CASES.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on May 19, 2025 (date).

Keyon J Evans
Signature of Plaintiff

4

KEYON J EVANS 1 OF 8 ATTACHMENTS

COMPLAINT UNDER 42 U.S.C 1983

## DEFENDENTS BEING SUED 1 OF 12 AFFILIATES

KAREN D. MCDONALD BAR NO. P-059083
1200 N TELEGRAPH Rd
WEST WING - BUILDING 14 E
PONTIAC, MI 48341  POSITION → PROSECUTOR ATTORNEY
SUING BOTH CAPACITIES OFFICIAL

2. LISA L. ASADOORIAN   POSITION JUDGE/MAGISTRATE
   700 BARCLAY CIRCLE   SUING BOTH CAPACITIES OFFICIAL
   Rochester Hills, MI 48307
   52ND 3rd Judicial DISTRICT COURTHOUSE

3. Judge BARRON  POSITION JUDGE/MAGISTRATE
   4280 Telegraph Road
   Bloomfield Hills, MI 48302
   48TH Judicial DISTRICT COURTHOUSE  SUING BOTH CAPACITIES OFFICIAL

4. MICHAEL J. BOUCHARD  SHERIFF/COUNTY OF OAKLAND
   1200 N Rd Bldg. 38 E    POSITION SHERIFF
   Pontiac, MI 48341-1044 "HIGHLAND SUBSTATION"
   OAKLAND COUNTY SHERIFF OFFICE/JAIL   SUING BOTH CAPACITIES OFFICIAL

5. SEAN BROWN          POSITION OFFICER/COMPLAINING
   21 E Church Street         WITNESS
   LAKE ORION MI 48302  SUING BOTH CAPACITIES OFFICIAL

1 OF 8 ATTACHMENTS 8 TOTAL ATTACHMENTS
PLUS 1 PROOF OF INCARSERATION

# DEFENDENTS BEING SUED    12 OF 12 AFFiliates

6. Judge Smails  Position Judge/MAGISTRATE
   4280 Telegraph Road
   Bloomfield Hills, MI 48302
         SUING BOTH CAPACITIES OFFICIAL

7. BRANDON BIANKS  POSITION Complainant
         SUING PERSONAL Capacity

8. Rozell BIANKS SR  POSITION WITNESS
         SUING PERSONAL CAPACITY

9. TyRA BIANKS  POSITION WITNESS
         SUING PERSONA CAPACITY

10. PATRICK VANBIESBROUCK POSITION Complainant
         SUING PERSONAL CAPACITY

11. ATHAR SAYEED  POSITION Complainant
         SUIN PERSONAL CAPACITY

12. REBEKAH SPRINGER POSITION Complaining Witness
         SUIN BOTH CAPACITY OFFICIAL

All DEFENDENTS ARE AFFiliates OF CASE NUMBERS
25 2001 FY And 25 001084 FY.

*Keyon J Evans Complaint under 42 U.S.C 1983*

**STATE OF MICHIGAN**
THE DISTRICT COURT-JUDICIAL DISTRICT NO. 52/3
COUNTY OF OAKLAND

**PROS. ORDER NO.** 25-02203

**COMPLAINT/GENERAL INFORMATION**

**THE PEOPLE OF THE STATE OF MICHIGAN**
   VS.

KEYON JAMAR EVANS/63-25-002203-01
1565 Pebble Beach Drive
Pontiac, MI 48340

**Defendant(s)**

**Date of Offense:** See below ?

**Location:** VILLAGE OF LAKE ORION

**Complainant:** PATRICK VANBIESBROUCK, BRANDON BLANKS, OFFICER SEAN BROWN

**Complaining Witness:** OFFICER SEAN BROWN ?

**WITNESSES**
- BRANDON BLANKS
- DEPUTY PATRICK K. VANBIESBROUCK
- ROZELL THEODORE BLANKS
- TYRA BLANKS
- OFFICER SEAN BROWN
- DEPUTY GARRETT A. BUITING
- DEPUTY TIMOTHY D. ELLIS
- DEPUTY BRANDON M. JUZYK
- BRIAN MARTINEZ
- ERIC JAMES PRINGLE
- DEPUTY CARL L. SORENSEN
- REP OF HAVEN/START
- HANNAH GREENLEAF
- C. DANSEREAU
- REP OF LAKE ORION PD

STATE OF MICHIGAN, COUNTY OF OAKLAND

The **COMPLAINING WITNESS** says that on the date and at the location described, the defendant, contrary to law,

*2 OF 8 ATTACHMENTS*

1

KEYON J EVANS COMPLAINT UNDER 42 U.S.C 1983

Page 3 of 3

| STATE OF MICHIGAN | PROS. ORDER NO. 25-02203 |
|---|---|
| THE DISTRICT COURT-JUDICIAL DISTRICT NO 52/3 | |
| COUNTY OF OAKLAND | COMPLAINT/GENERAL INFORMATION |

**WARRANT AUTHORIZED BY**
**THE OAKLAND COUNTY PROSECUTING ATTORNEY**

*SK Co[signature]*
_____
Assistant Prosecuting Attorney

The complaining witness asks that defendant be apprehended and dealt with according to law.

?

Subscribed and Sworn to on this day by
?

_____
Complaining Witness
?
_____
Before the above-named District Judge/Deputy Clerk/Magistrate

3 OF 8 ATTACHMENTS

3

**KEYON J EVANS Complaint Under 42 U.S.C 1983**

12/23/2024 JH | Page 1 of 2

| STATE OF MICHIGAN | PROS. ORDER NO. | 24-25910 |
|---|---|---|

THE DISTRICT COURT-JUDICIAL DISTRICT NO. 48
COUNTY OF OAKLAND

**COMPLAINT/GENERAL INFORMATION**

THE PEOPLE OF THE STATE OF MICHIGAN
    VS.

Date of Offense: See below

KEYON JAMAR EVANS/63-24-025910-01
1565 Pebble Beach Drive
Pontiac, MI 48340

Location: CITY OF BIRMINGHAM

Complainant: ATHAR SAYEED

**Defendant(s)**

Complaining Witness: SERGEANT SPRINGER

---

**WITNESSES**
SERGEANT REBEKAH SPRINGER
OFFICER MAKSYM MISHCHANCHUK
ATHAR S. SAYEED, SR.
BETSY ABRO
JENNIFER LEE MAKKE
STATE OF MICHIGAN, COUNTY OF OAKLAND

The COMPLAINING WITNESS says that on the date and at the location described, the defendant, contrary to law,

**COUNT 1**

on or about December 3, 2024, did willfully and maliciously destroy or injure a building or its appurtenances, located at 532 Graten St, that belonged to Athar Sayeed, and the amount of destruction or injury was $1,000.00 or more but less than $20,000.00; contrary to MCL 750.380(3)(a). [750.3803A]

FELONY: 5 Years and/or $10,000.00, or 3 times the amount of destruction or injury, whichever is greater

MALICIOUS DESTRUCTION OF BUILDING - $1,000.00 OR MORE BUT LESS THAN $20,000.00

**COUNT 2** Showtime Tuesday, December 3 @ 7:30pm Legal Veiwing

on or about December 3, 2024, did enter, with or without breaking, a certain building or structure, to-wit: a dwelling, located at 532 Graten St, whether occupied or unoccupied, without first obtaining permission to enter from the owner or occupant, agent, or person having immediate control thereof; contrary to MCL 750.115. [750.115-A]

MISDEMEANOR: 90 Days and/or $500.00

BREAKING AND ENTERING ILLEGAL ENTRY (WITHOUT OWNER'S PERMISSION)

**4 OF 8 ATTACHMENTS**

1

Keyon J Evans Complaint Under 42 U.S.C 1983

Page 2 of 2

STATE OF MICHIGAN
THE DISTRICT COURT-JUDICIAL DISTRICT NO. 48
COUNTY OF OAKLAND

PROS. ORDER NO. — 24-25910

COMPLAINT/GENERAL INFORMATION

WARRANT AUTHORIZED BY
THE OAKLAND COUNTY PROSECUTING ATTORNEY

_____
Assistant Prosecuting Attorney

The complaining witness asks that defendant be apprehended and dealt with according to law.

Subscribed and Sworn to on this day by

_____
Complaining Witness

_____
Before the above-named District Judge/Deputy Clerk/Magistrate

5 OF 8 ATTACHMENTS

2

KEYON J EVANS COMPLAINT UNDER 42 U.S.C 1983

# Lake Orion Police Department
## Chief Jerry L. Narsh



Witness Statement

Complaint # ?

Name: Tyra Blanks

Address: [redacted]

Date of B[irth]: [redacted]

Work: _____  Cellular: _____

Date & Time Completed: 11:30pm on 2/23/2025

Statement: Was climbing out the window. Then the man climbed back inside when the officers went toward the window.

Signature: Tyra C Bl[anks]   Officer Signature: ?

21 E. Church St . Lake Orion . Michigan . 48362 . 248.693.8321

Rev 2/16

19

6 OF 8 ATTACHMENTS

KEYON S EVANS COMPLAINT UNDER 42 U.S.C 1983

# Lake Orion Police Department
## Chief Jerry L. Narsh



**Witness Statement**

Complaint # ?

Name: Rozell Blanks Sr.

Address: [redacted]

Date of B[irth]: [redacted]

[W]ork: [redacted]

Date & Time Completed: 2/23/2025

Statement: At approximately 11:30 pm I was standing in the middle of the street next to my wife, Tyra, and we observed a black male individual crawl out of the window of the house. The black male was not wearing clothes. He looked at my wife and me and then turned around and crawled back into the window of the house. I yelled to alert the officers that someone was crawling out of the window.

Signature: [signature]

Officer Signature: ?

21 E. Church St . Lake Orion . Michigan . 48362 . 248.693.8321

Rev 2/16

20

7 OF 8 ATTACHMENTS

Keyon J Evans Complaint under 42 U.S.C 1983

COUNTY OF OAKLAND

# OFFICE OF THE SHERIFF

MICHAEL J. BOUCHARD



PROOF OF INCARCERATION

Monday, May 19, 2025

To Whom It May Concern,

EVANS, KEYON #0361023 has been incarcerated in the Oakland County Jail in Pontiac, Michigan, from 02/24/2025 to the present date. His anticipated outdate is NOT YET DETERMINED. This outdate may be subject to change depending on the specifics of the sentence.

OSSADOWSKIP  880719

Oakland County Jail

Oakland County Jail
1201 North Telegraph Road
Pontiac, MI 48341
248-858-1472
248-858-1472

**Patient Profile - Orders**

⚕ wellpath

Keyon J Evans Complaint under 42 U.S.C 1983

| Patient Name | Patient Number | DOB | Age | Gender |
|---|---|---|---|---|
| EVANS, KEYON | 0361023 | 7/11/1990 | 34 | M |

## Orders

| Order Date | Instructions | Start Date | End Date | KOP |
|---|---|---|---|---|
| 5/6/2025 | (Mirtazapine) Remeron 15 mg tablet: give 3 tablet by mouth Q HS for 90 days. | 5/6/2025 | 8/4/2025 | False |
| 5/6/2025 | buspirone 30 mg tablet: give 1 tablet by mouth BID AM & HS for 90 days. | 5/6/2025 | 8/4/2025 | False |
| 5/6/2025 | (Quetiapine) Seroquel 200 mg tablet: give 1 tablet by mouth Q HS for 90 days. | 5/6/2025 | 8/4/2025 | False |
| 5/6/2025 | (Quetiapine) Seroquel 100 mg tablet: give 1 tablet by mouth Q AM for 90 days. | 5/7/2025 | 8/5/2025 | False |
| 5/6/2025 | (Fluoxetine) Prozac 20 mg capsule: give 2 capsule by mouth Q AM for 90 days. | 5/7/2025 | 8/5/2025 | False |
| 4/28/2025 | (psyllium husk) Metamucil MultiHealth Fiber 3.4 gram/5.8 gram Oral Powder: give 1 powder by mouth Q AM for 30 days. Please send patient specific. | 4/29/2025 | 5/29/2025 | False |
| 4/22/2025 | (Docusate Sodium) Colace 100 mg capsule: give 1 capsule by mouth Q HS for 30 days. | 4/22/2025 | 5/22/2025 | False |
| 4/1/2025 | (bictegrav-emtricit-tenofov ala) Biktarvy 50 mg-200 mg-25 mg tablet: give 1 tablet by mouth Q HS for 150 days. 340B Program order. | 4/3/2025 | 8/31/2025 | False |
| 3/19/2025 | (Mirtazapine) Remeron 30 mg tablet: give 1 tablet by mouth Q HS for 90 days. | 3/19/2025 | 6/17/2025 | False |

I'M BEING FORCED TO TAKE THE MENTAL MEDICATIONS OF THE JAIL WHICH CAUSES ME TO HAVE ADVERSE SIDE AFFECTS THAT TRIGGER'S EPIDSODES OF PTSD PARANOIA & SCIZO MANIA BEHAVIOR.

I'M BEING DENIED MY REGULAR MEDICATIONS BECAUSE THEY ARE CONSIDERED CONTROLL SUBSTANCES SO THE JAIL CANNOT PROVIDE THEM.

MY BRAIN FEELS DAMAGED AND INPAIRED BY SWITCHING MY MEDICATIONS BACK AND FOURTH I'M ALLERGIC TO NON STIMULANT MEDS WHICH IS WHAT THE JAIL PROVIDES.

Keyon J Evans — DENIED MENTAL HEALTH SERVICES (ADA) DISCRIMINATION/Violations Complaint under 42 U.S.C 1983

Michigan Compiled Laws/MENTAL HEALTH

MCL 330.2002a MENTAL HEALTH SERVICES FOR PERSON CONFINED IN PLACE OF DETENTION;

".. For a person confined in a place of detention operated by a political subdivision of the state and who requests mental health services, mental health services shall be provided by the appropriate community mental health program pursuant to the responsibilities described in section 206.

MCL 330.1281b ".. INVOLUNTARY TREATMENT..

".. Voluntary Admission INTO STATE MENTAL HEALTH Facility; THE DEPARTMENT OF MENTAL HEALTH SHALL Promulgate Rules Pursuant to Act No.306 (Public Act) of 1969, AS AMENDED, BEING SECTIONS 24.201 to 24.315 OF THE MICHIGAN Compiled Laws, Establishing a procedure for the Voluntary Admission INTO A STATE MENTAL HEALTH FACILITY OF A PERSON CONFINED IN A PLACE OF DETENTION OPERATED BY A POLITICAL SUBDIVISION OF THE STATE.

".. Involuntary Admission; INTO A STATE MENTAL HEALTH FACILITY OF A PERSON CONFINED IN A PLACE OF DETENTION OPERATED BY A Political Subdivison OF THE STATE SHALL BE GOVERNED BY 423 to 444. SEE 1978 ACT 636, IMD 1/10/1979

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

# *Prisoner Civil Rights Complaint under 42 U.S.C. § 1983*

## Purpose

This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 288 (1971).

You may file a complaint in the United States District Court for the Eastern District of Michigan if one or more of the named defendants is located within the Eastern District of Michigan or if the cause of action arose in this District.

## Filling out the form

Fill out the attached form and answer each item completely in the space provided. Be sure all answers are typewritten or legibly handwritten. You must file a separate complaint for each claim, unless all the claims are related to the same incident, issue, or defendant.
- You must provide a complete and accurate list of the name of each defendant, the address for each defendant, and the capacity in which each defendant is being sued.
- If additional pages are needed, they must be typed or neatly written on 8 ½ x 11" white paper and securely attached to the complaint.
- You must tell the truth and each plaintiff must sign and date the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

## Filing Fee

For the current filing fee, consult the Fee Schedule on the court's website at www.mied.uscourts.gov. You are obligated to pay the fee even if the court dismisses your complaint or you voluntarily dismiss your complaint.

If unable to pay the filing fee, <u>each plaintiff</u> must:
- Complete an Application to Proceed In Forma Pauperis,
- Sign the Application to Proceed In Forma Pauperis, and
- Provide a certified copy of the prison trust fund account statement for the preceding 6 month period.

**If paying the fee:** Checks or money orders must be made payable to "Clerk, U.S. District Court" and sent with the complaint to the address indicated below. If you pay the filing fee when you file your complaint, you will be responsible for serving the defendants. (See Instructions for Preparation and Service of Summons Forms.)

## Submitting Forms

When the complaint is fully completed, mail the original and one copy of the complaint along with all attachments to:

Office of the Clerk
United States District Court
231 W. Lafayette Boulevard, Fifth Floor
Detroit, MI 48226

*[handwritten:]* 1 COMPLAINT
8 TOTAL ATTACHMENTS
1 MEDICAL UN DOCUMENT
1 M.C.L. STATUE list

> Failure to comply with all of the instructions will result in unnecessary delays

Keyon J Evans #0361023
Oakland County Jail
PO Box 436017
Pontiac, MI 48341

RECEIVED
MAY 29 2025
CLERK'S OFFICE
DETROIT

To. Office of the Clerk
United States District Co[urt]
231 W. Lafayette Boulevard, 5[..]
Detroit, MI 48226

U.S. MARSHALS

