UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Keyon Jamar Evans,

   Plaintiff,      Case No. 25-11574

v.

             Hon. Judith E. Levy
Karen McDonald, *et al*.,     United States District Judge

   Defendants.     Mag. Judge Kimberly G. Altman

_____/

## ORDER DENYING MOTION TO AMEND COMPLAINT [8]

The Court summarily dismissed this prisoner civil rights case filed under 42 U.S.C. § 1983 for Plaintiff's failure to state a claim. (ECF No. 6.) The Court found that the complaint failed to connect any of the named defendants to the alleged improper conduct, failed to state a claim under the American with Disabilities Act, failed to state an Eighth Amendment excessive bail claim, and improperly challenged the fact of Evans' confinement in a civil action. (*Id*.)

Before the Court is what appears to be a motion for leave to file an amended complaint. (ECF No. 8.)

A pro se prisoner may be granted leave to file an amended complaint to cure pleading deficiencies in a complaint that was dismissed for failure to state a claim. *See Bass v. Keebaugh*, No. 24-1780, 2025 U.S. App. LEXIS 27158 (6th Cir. Oct. 17, 2025); *LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013).

Federal Rule of Civil Procedure 15 provides that the Court should freely allow a party to amend a pleading when justice so requires. Fed. R. Civ. P. 15(a)(2). A district court may deny a motion to amend a complaint, however, when the proposed amendment would be futile. *See Yuhasz v. Brush Wellman, Inc.*, 341 F.3d 559, 569 (6th Cir. 2003) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)). A motion for leave to amend may be denied for futility if the pleading as amended could not withstand a motion to dismiss. *Midkiff v. Adams Cnty. Reg'l Water Dist.*, 409 F.3d 758, 767 (6th Cir. 2005).

Plaintiff did not file a proposed amended complaint along with his motion. Nothing presently before the Court indicates that his amended complaint could withstand a motion to dismiss.

Accordingly, Plaintiff's motion to amend the complaint (ECF No. 8) is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: May 11, 2026  
    Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 11, 2026.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager